# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DOLGENCORP, LLC AND DG LOGISTICS, LLC, | * * * | |
| PLAINTIFFS, | * * | |
| V. | * * | CASE NO.: 1:19-CV-01019-KD-N |
| WERNER ENTERPRISES, INC., | * * | |
| DEFENDANT. | * | |

## JOINT MOTION TO DISMISS ALL CLAIMS *WITH PREJUDICE*

Plaintiffs Dolgencorp, LLC and DG Logistics, LLC and Defendant Werner Enterprises, Inc., having reached an amicable resolution of the claims asserted herein, jointly move the Court to dismiss all claims in this matter *with prejudice*, with each party to bear its own costs and attorney's fees.

Submitted Jointly this 6th day of November, 2020.

| | |
|---|---|
| */s/ Rick D. Norris   (w/ permission)* | */s/ Paul T. Beckmann* |
| RICK D. NORRIS (ASB-0494-R81R) | PAUL T. BECKMANN (BECKP0493) |
| RICHARD E. SMITH (ASB-6536-M69R) | EMILY VAN HANEGHAN (VANHE4782) |
| CHRISTIAN & SMALL LLP | HAND ARENDALL HARRISON SALE LLC |
| 505 20th Street North | Post Office Box 123 |
| Suite 1800 | Mobile, Alabama  36601 |
| Birmingham, Alabama 35203 | Telephone:  (251) 432-5511 |
| Telephone: (205) 795-6588 | Facsimile:  (251) 694-6375 |
| RES@csattorneys.com | E-mail: pbeckmann@handfirm.com |
| RDN@csattorneys.com |         evanhaneghan@handfirm.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Werner Enterprises, Inc. |